

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

July 18, 2024

**Via ECF**
Honorable Judge Lewis J. Liman
United States District Court
Souther District of New York
500 Pearl Street
New York, New York 10007

        **Re:**    ***Salma Bahaa Hussein, et al vs. The Headless Widow LLC, et al***
              Case No.: 1:24-cv-4658

Dear Judge Liman:

    Please be advised that this office was recently retained to represent the Defendants in the above-referenced case. With the consent of Plaintiff's counsel, we are respectfully requesting an extension of time until August 31, 2024 for Defendants to answer or otherwise respond to the Complaint.

    Thank you for your consideration of this matter.

                              Respectfully,

                              BELL LAW GROUP, PLLC

                            *Paul A. Bartels*
                            Paul A. Bartels, Esq.

Enclosure

cc:    All Counsel of Record (via ECF)