UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALMA BAHAA HUSSEIN,
BRIAN NOONE, JORDAN MERRITT, JOEL ZAVALA and SANTIAGO ALJURE,
*on behalf of themselves and others similarly situated,*

        Plaintiffs,

- against -

THE HEADLESS WIDOW LLC
   d/b/a THE HEADLESS WIDOW,
and EDIN CANOVIC
   a/k/a EDDIE CANOVIC
        Defendants.

Case No: 1:24-cv-4658(LJL)

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, acting by means of their respective counsel, that Defendants shall have until August 31, 2024 to answer, move or otherwise respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED that Defendants accept service of the Complaint and all amendments thereon, and waive all defenses of improper service of process.

**For Plaintiff:**

By: _/s/ William Brown_
William Brown, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
wbrown@bkllawyers.com
*Attorneys for Plaintiff*

Date: _____

**SO ORDERED.**

_____

**For Defendants:**

By: _Paul A. Bartels_
Paul A. Bartels, Esq.
Bell Law Group, PLLC
116 Jackson Avenue
Syosset, NY 11791
Tel.: (516) 280-3008
paul@belllg.com
*Attorneys for Defendants*

Date: _July 17, 2024_

Date: _____