```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALMA BAHAA HUSSEIN, BRIAN NOONE,
JORDAN MERRITT, JOEL ZAVALA, AND
SANTIAGO ALJURE, *on behalf of themselves and
others similarly situated*,

                       Plaintiffs,

            -v-

THE HEADLESS WIDOW LLC d/b/a/ THE
HEADLESS WIDOW, and EDIN CANOVIC a/k/a
EDDIE CANOVIC.

                       Defendants.

-----------------------------------------------------------------X

24-cv-4658 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court has reviewed the proposed notice. The notice can be read to indicate that a decision on the NYLL claims will bind opt-in plaintiffs and that counsel will have authority to settle the NYLL claims of opt-in plaintiffs. The effect would be to give such plaintiffs the burden of class certification on the NYLL claims without the benefit. Counsel has not cited authority for such broad propositions which may implicate unsettled matters of law.

      Accordingly, it is hereby ordered that, by no later than December 26, 2024, Plaintiffs shall either show cause why the notice should be approved as submitted or 1) revise the section headed "Effect of Joining This Lawsuit" to provide that opt-in plaintiffs will be bound by any decision or judgment of the Court or settlement, whether favorable or unfavorable, <u>with respect to the FLSA claims</u>," 2) revise the Section headed "Your Legal Representation If You Join" to limit the authority of Plaintiffs and their counsel to act on behalf of opt-in plaintiffs "with respect to the FLSA claims," and 3) make the corresponding changes to the "Consent to Join Lawsuit

Form."

    SO ORDERED.

Dated: December 18, 2024
       New York, New York

                                    LEWIS J. LIMAN
                               United States District Judge