UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALMA BAHAA HUSSEIN, BRIAN NOONE, JORDAN MERRITT, JOEL ZAVALA and SANTIAGO ALJURE, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>THE HEADLESS WIDOW LLC d/b/a THE HEADLESS WIDOW and EDIN CANOVIC a/k/a EDDIE CANOVIC,<br><br>Defendants. | Case No.:1:24-cv-04658(LJL) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Salma Bahaa Hussein, Brian Noone, Jordan Merritt, Joel Zavala, and Santiago Aljure and Defendants The Headless Widow LLC and Edin Canovic, acting by means of their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants, and without any award of fees or costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

**BROWN, KWON & LAM, LLP**

By: *[signature]*
William M. Brown
521 5th Avenue, Suite 1744
New York, NY 10175
Tel.: (212) 295-5825
wbrown@bkllawyers.com
*Attorneys for Plaintiffs*

**BELL LAW GROUP, PLLC**

By: *Paul A. Bartels*
Paul A. Bartels
116 Jackson Avenue
Syosset, New York 11791
Tel.: (516) 280-3008
paul@belllg.com
*Attorneys for Defendants*

SO ORDERED. The Clerk of Court is respectfully directed to close this case.

Date: 5/9/25

SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge